# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

A.M., through her Guardian ad Litem,
JOLEEN YOUNGERS,

       Plaintiff,

vs.                                        No. CIV 13-0692 JB/WPL

NEW MEXICO DEPARTMENT OF HEALTH;
LOS LUNAS CENTER FOR PERSONS WITH
DEVELOPMENT DISABILITIES;
ROGER ADAMS, individually and in his capacity
as an agent for the New Mexico Department of Health;
BETH SCHAEFER, individually and in her capacity
as an agent for the New Mexico Department of Health;
DAN SANDOVAL, individually and in his capacity
as an agent for the New Mexico Department of Health;
JOSEPH MATEJU, individually and in his capacity
as an agent for the New Mexico Department of Health;
NEW MEXICO AGING AND LONG-TERM SERVICES
DEPARTMENT; and THE ADULT PROTECTIVE
SERVICES DIVISION OF NEW MEXICO AGING
AND LONG-TERM SERVICES DEPARTMENT,

       Defendants.

## <u>ORDER</u>[1]

**THIS MATTER** comes before the Court on the Individual DOH Defendants' Motion to
Dismiss Plaintiff's First Amendment and Fourth Amendment Claims on the Basis of Qualified
Immunity and Supporting Memorandum, filed March 6, 2014 (Doc. 24)("Motion").  The Court
held a hearing on October 23, 2014.  The Court will grant the Motion.

---

[1]This Order disposes of the Individual DOH Defendants' Motion to Dismiss Plaintiff's
First Amendment and Fourth Amendment Claims on the Basis of Qualified Immunity and
Supporting Memorandum, filed March 6, 2014 (Doc. 24). The Court will, however, at a later
date issue a memorandum opinion more fully detailing its rationale for this decision.

**IT IS ORDERED** that the requests in the Individual DOH Defendants' Motion to Dismiss Plaintiff's First Amendment and Fourth Amendment Claims on the Basis of Qualified Immunity and Supporting Memorandum, filed March 6, 2014 (Doc. 24), are granted.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

John Ford Hall
Kelly K. Waterfall
Law Offices of Peter Cubra
Albuquerque, New Mexico

--and--

Nancy L. Simmons
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Stephen S. Hamilton
Alexia Constanteras
Montgomery & Andrews, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendants*

- 2 -